The Prudential Insurance Company of America, a corporation, t/a Cricklewood Hill Apartments, Appellant *v.* City of Pittsburgh, a Municipal Corporation and Joseph L. Cosetti, Treasurer, Appellees.

Argued May 2, 1978, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., MENCER, ROGERS, BLATT and DiSALLE.

*Jules I. Whitman,* with him *Peter J. Picotte, II,* and *Dilworth, Paxson, Kalish, Levy & Kauffman,* for appellant.

*Grace S. Harris,* Executive Assistant City Solicitor, with her *Mead J. Mulvihill, Jr.,* City Solicitor, for appellees.

*David J. Rachofsky,* and *Dechert, Price & Rhoads,* for amicus curiae, The Insurance Federation of Pennsylvania.

OPINION BY JUDGE CRUMLISH, JR., September 25, 1978:

The Prudential Insurance Company of America, t/a Cricklewood Hill Apartments, appeals the decision of the Court of Common Pleas which found it liable under the City of Pittsburgh's Business Privilege Tax Ordinance, No. 675 of 1968 for taxes on a rental business which it conducts. We affirm on the basis of Judge (now Justice) LARSEN's opinion dated January 10, 1977, which can be found at No. 1305 January Term, 1974, of the Civil Division of the Court of Common Pleas of Allegheny County, filed January 10, 1977.

### ORDER

AND Now, this 25th day of September, 1978, the order of the Court of Common Pleas of Allegheny County is affirmed and can be found at No. 1305 January Term, 1974, of the Civil Division of the Court of Common Pleas of Allegheny County, filed January ·10, 1977.